818 A.2d 1078

**Steven Howard OKEN**

v.

**STATE of Maryland.**

**Misc. No. 28 Sept. Term 2002.**

Court of Appeals of Maryland.

March 11, 2003.

Fred Warren Bennett, Michael E. Lawlor of Bennett & Nathans, LLP, Greenbelt; Christopher M. Davis, Davis & Davis, Washington, DC, for appellant.

Ann N. Bosse, Asst. Atty. Gen. (J. Joseph Curran, Jr., Atty. Gen., on brief), Baltimore, for Appellee.

Submitted before BELL, C.J., and ELDRIDGE, RAKER, WILNER CATHELL, HARRELL and BATTAGLIA, JJ.

**ORDER**

The Court having considered that application for leave to appeal from the denial of a motion to reopen post-conviction case and the response filed thereto in the above-captioned case, it is this 11th day of March, 2003,

ORDERED, by the Court of Appeals of Maryland, that the application be, and it is hereby, DENIED.

Chief Judge BELL and Judge ELDRIDGE would grant the application.